NOV 3-2023

Ramiro Arce Gonzalez #361359 case, 19.k.05.007983
2878413
N.B.C.I Jail
14100 McMullen Hwy Sa
Cumberland MD 21502



I'm writting you F.B.I. Power to dicovery that truefully we live: in this world wide control. I don't know if you guys know or not But: I'm prisoner in NBCI Jail. And I see alot evil things that world wide we live: And is against Justice power. is against Security we live, And is against that law enforcement. officer.

But I don't know If you FBI against this stuff or not but is inligal. This Things was creating in Security control N.B.C.I MaxM Jail MD, C.C. They creating Steal people, rape people, killer & use people., & lier people, That security control this jail could be C-I-A control or A.R.P. control secret service To Kill people with Secret troops power for that world wide Sing money: And drawn money & gems money, music money and Guitar play money they Seteal all prisoner talent to make money outside: and rich people.

This Sing is inligal because they steal is not they make self. they hold me in jail like criminal they more criminal I'm they are steal my stuff. I'm not criminal.
They call this Technology creation. bicott

If you Service is still live, or they already kill you with my talent money because they are make a lot money for my stuff. I wait your Answer. So I can show more. Because I believe they are destroy all company that world wide. and Security power.

Ramiro Arce Gonzalez #361359
  2898413
N.B.C.I
14100 McMullen, Hwy. Sw.
Cumberland MD 21502

TO be Super FBI control against criminal power, or hate
Carteol power
Terrorist power      (When you against all this things)
Narco power     ←
Gang power
  Killer people power    How you going a feel
  Steal people power   When you discovery you country leader
                         is criminal Activiction.
What you going a doing
If president U.S.A is move all fake stuff around that world.
Or Government Larry hogan in MD state:
All Military Sing is fake    uniform Sing
All Police Officer Sing is fake   uniform Sing
All games Sing     is fake
All program Sing    is fake
All Businessman sing   is fake
Because they steal me in a Jail, and then they call my stuff they stuff to sell this stuff
outside, and then they call my creatting Technology creating outside.

1   Ramiro Arce Gonzalez #56135
    2898413
    N·B·C·I
    14100 McMullen Hwy Sw
    Cumberland MD 21502

                                    John. M Domurad Clerk
                                    United States District Court
                                    Federal Building P.O. Box 7367
                                    100 S. Clinton Street
                                    Syracuse, New York 13261-7367

I'm not really important person I'm Simply Prisoner
But I'm writting this letter for a lot reason
Specially for familly and friend

As Specially person that Law Enforcement
And for that uniform, and you possition.
or you could be that one who creating
Human live, or justlice right, in law Enforcement.
        My Questiong is
Can you suport a Security Leader if hear that,
They are stealy Prisoner To be rich outside
or Government Can you soport president
If you hear that he are steal and use one or Two
prisoner inside that Jail. And useing people outside
for Prisoner Talent he or she is that one make this
stuff, to get moner from that nacional for this fake
Stuff outside.

2  Who is you going to suport? or help?

This Criminal Steally Stuff because is Just, is your leader, to suport them.

OR That victim whom Them Stol inside That jail.?
BY
for that law Enforcement, A.D.A."
and R.f.R.A (RLVIPA)

If That victim By law Enforcement. Please realize in Jail And then I'm will Show Everythings Everything They are Steally from me in this Jail NBCI

Sincerlly Ramiro Arce Gonzales #361359

how much money they are Make for this first one by one steps by stps (IVT)

This is that U.S Secret Service headquarters are Steal in my life in this jail N.B.C.I Maxm 1 Security in state Maryland in Cumberland city.

1. my chess master play is A AAA AA
2. my Guitar play is whistle blow
3. my Drawn is this →
4. my vision is climate change.
5. all My dream Brain Control
6. my eyes color
7. my hair Style
8. my attitude
9. my Example
10. To heal people in my body and to them copy my wisdom.
11. All my wisdom ready
12. All my I mark in that bible.
13. all my Brain Sing and burn me with electricity
14. When they poison me to die people pay to watch me how I going To die.
15. They Sell my blood And my Semen
16. All my game play they Sell – boost
17. all music I liste
18. That women pay they them to be in my fifi.
19. All Show I watch they get money from that Show.
20. they get money from people to rape me and get power.
21. They Steal my Brain to them creating different talent with my Brain. This is no security no justy this is criminal control To they came and Steal me in this prison.

Can you said how much this sign cost from that world wide? this is my sign

This is Secret Service Brain keeps killer

1. first they burn you body with electricity in computer tegnology
2. They shooting you with magic bullet.
3. They make you body be invissible and then they can go inside you.
4. They rape you with invissible secret power in computer Brain control
5. They squeeze you body to die with in they feeling
6. They put snake in your body + bite your inside
7. They put fish in you body and in your stomach
8. They take you belly out or your stomach with they hand.
9. They full your body any kind animal
10. They poison your food or in air with invissible power.
11. they drink your blood to they be xonger people.
12. They change your blood with they belly to they get your energy. or steal
13.
14. That security this jail they died. because I report them
15. They never answer my or to fix this problem.
16. That voice they control in my Brain
17. Said they chops all over out. And got the maskara,
18. So we can believe they are same.
19. They got my eyes and feelly
20. They see everythings I see,
21. And everythings I feell to do
22. They control My Brain & my body.
23. That why I want you help me To realize me in this jail

→ rape They chup you up in cumputer They control you Brain to rape other one or kill your own friends Thats how that mom kill people with computer he use Brain to kill.

24. Secret Service Security Brain control
25. Cameras. And voice you can find everythings they send or to\k Brain.
26. befor I will said samethings they already transleteting
27. in my Brain.
28.
29.
30.

## II. PLAINTIFF(S) INFORMATION

Name: Ramiro Arce Gonzalez
Prisoner ID #: 361359. 2898413
Place of detention: N.B.C.I Jail - hu.2.c - cell 53.
Address: 14100 McMullen Hwy S.W
Cumberland MD 21502

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: CDO Gilpin
Name (Last, First)

Correctional Officer
Job Title

14100 McMullen Hwy S.W
Work Address

Cumberland   Maryland   21502
City         State      Zip Code

Defendant No. 2: Major Sires
Name (Last, First)

Major at NBC (U.S. DISTRICT COURT N.D.N.Y) rections
Job Title

2

FILED
DEC - 8 2023
___ O'CLOCK
John M. Domurad, Clerk - Syracuse

**Work Address:** NBCI 14100 McMullen Hwy SW
**City:** Cumberland **State:** MD **Zip Code:** 21501

**Defendant No. 3:**
**Name (Last, First):** Romero, Young
**Job Title:** Mentor
**Work Address:** 14100 McMullen HWY SW
**City:** Cumberland **State:** MD **Zip Code:** 21501

**Defendant No. 4:**
**Name (Last, First):** Brewer
**Job Title:** Lt
**Work Address:** N.B.C.I 14100 McMullen Hwy SW
**City:** Cumberlan **State:** MD **Zip Code:** 21501

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

This Medication Take Some time when I feel Somemuen Suffery
① OMEPRAZOLE 20 Mg R158
And F38 And A23.26
That doctor said That Medication is aganst Secret Serce troops Killer

for all my Suffer To take this Medication forcelly forcelly. I Sue They for 100, trivinio dollares So They goingtop Mess with me. Just to take this Medication. NO; for my Talent is different Ramiro A-G.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

December

Ramiro Arce Gonzalez #561359
289843

1

Nov 18 2023 1:01 pm That voice explan how them money for my drawn in outside and inside in this Jail N.B.CI Them said C.I.A is control money both side for sex to make my money be ligal from them count. To getting 100 or 200 man a woman.
In Kelly Clarkson Show.

Nov 20 04:30 pm 2023
Check Secret cameras C.I.A poison food

Nov 24. 2023 8:06 pm
To check how they bring people to copy me how I drawn. and then they ask people who them will following and then they give those people $100,000 dollares To make busness.

Nov 30 2023 04:56 Am
That voice said all bank have money sing That News waman pa give $200 dollares in priner count To make that fake money to be ligally in them Brain for $200,000 dollares

Decm 1 2023 08:31 pm
That secret Service has treatting Judge to not help me.

That correcional gay officer bring all outside gay To rape prisioners in this Jail NBCI with computer Secret conection

Dec. 2 2023 10:29 pm Aransas Aransagas vino quejandose de no muero!

2   Oct 20. 2023 about 2:3 pm KAmala hurry has treat me to be lock up fast when asking mss Henandez To help me to translate English and Spanish with correccional officer about secret service steal me in my cell NBCI jail

NOV 15 2023 pm 9:57 W: That voices has treat me to my familly to not help me anymore

Nov 8 2023. 0:2 PM That secret service call my stuff Nacional stuff or Technology creating when I watch KElly Clarkson show I hear that voice They treat and kill people oarther.

NOV 2. or 9-16-23 about 11:45 pm 2023 This day That officer ore open in my door to see Sgt Graham. in he is ofice. Ofc long officer. Send me to tolk to that sgt and when I close in sgt door G Wolfe close that sgt door forcelly he said go back go back and then I back. Ofc long Send me again And G wolfe treat me to back again Ofc long Send me again. G Wolfe Scary me To back again. That correccional officer G Wolfe Never let me to report my problem from Sgt Graham.

I'm trying to Seve my and if can TO Seve other people inside this in outside front rape and killer troops
If you Take my word To bring this in court room To show everythings I will be happy.
Thank you for your help Justice name
      Sincerlly Ramiro. A G

3

Troops weapons killer

1. first They make you be invissible body so they can do any things with
2. They burn your body with electricity    To die
3. They rape you with computer power controll x: to die
4. They Squeeze you body to die.
5. They put oup fish in your body and in your stomach.
6. They put up Snake in my body to bite my inside to die.
7. They pull out my kidney with they invissible hand. to die.
8. They full anykind animal in my body    To die
9. They poison my food in air. with invissible computer power control.
10. They drinking my blood with they belly. to change them blood with my blood
11. They explore you with magic bomb: to getting fainting or you eyes
12. They put dead people in your stomach, to dead people resist in me.
13. They scratch in my stomach with invissible hand to die
14. They traning my blood with they to they be yonger
15. They explore my stomach with they pussy:
16. They bit me and they punch me to feely fainting boy

17. They chuke me out to die
18. They pull out my dick to die
19. They put air in my stomach and explore me out to die
20. they put they hand Squeeze to die.
21. They change my throat
22. They Steal my Brain to creating New technology:
23. They control my feely and my Brain all day all night.
24. They use my body to have sexies
25. They can change my feely that way they want to I feely!
26. They can destraying your Brain and your feelly

# First Claim


# Second Claim

I want to see how many companies they are open to watch me each day or each time. when I play gams or play Guitar or drawn.? And how much money those people pay, to watch me? And how much money this people make for my gams play how much money they make for my Guitar play how much money they make for my Drawing how much money they make for my Brain copy how much money they make for heal people in my body how much money they make to resist dead people in my body or my eyes copy or my hair copy To sell all my, this stuff outside is a lot my stuff they sell I want that money they make for my talent because is my work my Talent inside this jail N.B.C.I. and want this money back Brain money blood money sings bank money copy Brain money: chess master money.

## Third Claim

With Security cameras I want getting all people who curse me all day and all night with that secret voice. in court opinio: That voice Tolk in my Brain speak is 3000, leaders are control my stuff money outside and then they creating every single their following each country around that world. and they are control all my feelly my Brain my eyes my plan, I you help me to bring this in court room. from Judge penal

5

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

I'm want and all Secret Security video tape cameras to show. and all That Secret Sevice tromps killer, with all that voice threat me, in Brain speak controlly, To open everythings they treat me, everyday.

### SECOND CLAIM

I want get all everwhther, injured in my life

### THIRD CLAIM

I they fix my life curse back Medical care Money Sue each unconstitutional conditions of equal protection.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5



First Lt. Delaney Hahn, center, works on a call for fire practical exercise with her team at Fort Stewart. A decade after the ban on women in combat roles ended, women still make up a fraction of those roles. PHOTOS BY MEGAN SMITH/USA TODAY



### Podcast: A missing girl, a search for truth

Season 4 of "Unsolved," a true crime podcast series from USA TODAY and the Milwaukee Journal Sentinel, works to get to the bottom of what really happened to Alexis Patterson, what efforts were made to find her and why so many missing Black kids in America are never found. Scan the QR code to listen to episodes of "Unsolved" Season 4.

ILLUSTRATION BY BILL CAMPLING/USA TODAY NETWORK; PROVIDED IMAGE; MILWAUKEE POLICE DEPARTMENT

(This is My English Song Books)